IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

KENNETH KITCHENS                                                                                    PLAINTIFF

        v.                                      Civil No. 05-6041

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                                              DEFENDANT

## JUDGMENT

On this 6th day of October, 2006, the Court has before it for consideration the request for attorney's fees filed by plaintiff's attorney, Shannon Muse Carroll, pursuant to the Equal Access to Justice Act, *28 U.S.C. § 2412*. In accordance with the Memorandum Opinion filed in the above styled case on today's date, the Court hereby grants the motion, and plaintiff's attorney is awarded fees in the amount of $2,368.00 under *28 U.S.C. § 2412*.

IT IS SO ORDERED.

                                          /s/Bobby E. Shepherd
                                          Honorable Bobby E. Shepherd
                                          United States Magistrate Judge